**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7175

KELVIN A. CANADA,

              Plaintiff - Appellant,

        v.

RANDALL MATHENA, Warden; LIEUTENANT ANTHONY MULLINS; LIEUTENANT STILL; SERGEANT J. KISER; LIEUTENANT STEVE FRANKLIN,

              Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, District Judge. (7:13-cv-00322-JPJ-PMS)

Submitted: December 18, 2014      Decided: December 23, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin A. Canada, Appellant Pro Se.  Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin A. Canada appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Canada v. Mathena</u>, No. 7:13-cv-00322-JPJ-PMS (W.D. Va. July 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>